UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| *Amanda Burchfield v. Bayer Corporation, et al.* | No. 10-cv-10986-DRH |
| *Heather Victoria Dallas v. Bayer Corporation, et al.* | No. 11-cv-11602-DRH |
| *Allison Maria DePompeis v. Bayer Corporation, et al.* | No. 11-cv-10049-DRH |
| *Trisha Elkins v. Bayer Corporation, et al.* | No. 12-cv-10869-DRH |
| *Heather Graber, et al. v. Bayer Corporation, et al.* | No. 10-cv-10719-DRH |
| *Melissa D. Habron, et al. v. Bayer Corporation, et al.* | No. 11-cv-10946-DRH |
| *Ruby Morales-Supe v. Bayer Corporation, et al.* | No. 12-cv-10300-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 11, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
Deputy Clerk

**Dated:** April 14, 2014

Digitally signed by David R. Herndon
Date: 2014.04.14 12:14:05 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**